UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bryce Suchan, Matthew Reece, Joseph D. Thornblad, Shawn Curry-Rakesh, Peter Nelsen and Michael Gabrio,<br><br>    Plaintiffs,<br><br>    v.<br><br>Lucinda Jesson, et al,<br>*Commissioner of the Minnesota Department of Human Services*<br><br>    Defendants. | Civil No. 13-3117 (MJD/JJG)<br><br><br><br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-captioned matter is before the Court on the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham [Doc. #3]. No objections were filed in the time period permitted. Accordingly, based upon the Report and Recommendation and all the files, records, and proceedings herein, **IT IS ORDERED** that:

    1.  Plaintiff Peter Nelsen's application for leave to proceed <u>in forma pauperis</u>, [Doc. #2], is **DENIED**; and

    2.  This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    3.  Petitioner is **NOT** granted Certificate of Appealability.


Dated:  <u>January 9, 2014</u>

                                          s/Michael J. Davis<br>
                                          MICHAEL J. DAVIS<br>
                                          Chief United States District Judge